Motion Granted; Appeal Dismissed and Memorandum
Opinion filed May 27, 2010.

 

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00618-CV

____________

 

FRANK CRYSTAL & CO. OF TEXAS, INC., Appellant

 

V.

 

DANIEL V. PERSHA AND BOWEN, MICLETTE & BRITT, INC.,
Appellees

 



 

On Appeal from the
234th District Court

Harris County,
Texas

Trial Court Cause
No. 2009-35351

 



 

M E M O R
A N D U M   O P I N I O N

This appeal
is from an order signed June 24, 2009.  On May 21, 2010, appellant filed a
motion to dismiss the appeal because the case has settled.   See Tex. R.
App. P. 42.1.  The motion is
granted.

 Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

 

 

Panel consists of Justices Brown, Sullivan, and
Christopher.